| | |
|---|---|
| CHOI & ITO<br>Attorneys at Law<br><br>CHUCK C. CHOI<br>ALLISON A. ITO<br>Email: cchoi@hibklaw.com<br>Email: aito@hibklaw.com<br>TOPA FINANCIAL CENTER<br>700 Bishop Street, Suite 1107<br>Honolulu, Hawaii 96813<br>Telephone: (808) 533-1877<br>Facsimile: (808) 566-6900 | K&L GATES LLP<br>DANIEL M. ELIADES<br>(admitted *pro hac vice*)<br>Daniel.Eliades@klgates.com<br>One Newark Center - 10th Floor<br>Newark, New Jersey 07102<br><br>MARGARET R. WESTBROOK<br>(admitted *pro hac vice*)<br>Margaret.westbrook@klgates.com<br>301 Hillsborough St., Suite 1200<br>Raleigh, NC 27603<br><br>BRIAN T. PETERSON<br>(admitted *pro hac vice*)<br>Brian.Peterson@klgates.com<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| Attorneys for Debtor and Debtor-in-Possession | Proposed Special Litigation Counsel for Debtor and Debtor-in-Possession |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>Association of Apartment Owners of Kauai Beach Villas,<br><br>　　　　Debtor and<br>　　　　Debtor in possession | Case No. 25-01103<br>(Chapter 11)<br>(Subchapter V)<br><br>Date:　January 5, 2026<br>Time:　2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>[Related to Dkt. ## 4-11, 18] |

**NOTICE OF FINAL HEARING ON DEBTOR'S FIRST DAY MOTIONS**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

On December 5, 2025, the ASSOCIATION OF APARTMENT OWNERS OF KAUAI BEACH VILLAS (the "Debtor"), filed a voluntary petition for relief under Subchapter V of Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the District of Hawaii (the "Bankruptcy Court"). On December 8, 2025, the Bankruptcy Court held an interim hearing on various "first day" motions identified below (collectively, the "First Day Motions").

**NOTICE IS HEREBY GIVEN that a <u>final</u> hearing ("Hearing") on the First Day Motions shall be held on January 5, 2026, at 2:00 p.m.**, in the Courtroom of the Honorable Robert J. Faris, United States Bankruptcy Judge, located at Courtroom 350L, 1132 Bishop Street, Honolulu, Hawaii.

Parties in interest may appear in the courtroom or participate remotely. Parties may elect to participate remotely by logging onto www.zoomgov.com or by phone at 1 (833) 568-8864 (toll-free). Meeting ID: 161 789 3766, Passcode: 1132. Please be advised that remote participants can only participate via audio only.

NOTICE IS FURTHER GIVEN that the Bankruptcy Court set the following briefing schedule:

**December 22, 2025**: Deadline for responses/objections to the First Day Motions.

**December 29, 2025**: Deadline for Debtor's replies.

The First Day Motions which will be heard are as follows:

A.  Retention

    1.  Application For Order Authorizing Debtor To Employ Choi & Ito As Bankruptcy Counsel. [Dkt. # 4] Debtor seeks authority to employ Choi & Ito as bankruptcy counsel.

B.  Operational Matters

    1.  Emergency Motion For Interim And Final Orders Authorizing Debtor To Use Cash Collateral Of Bank Of Hawaii. [Dkt. 6] Debtor also seeks authority to use cash collateral of Bank of Hawaii through April 30, 2026, to pay operating expenses and professionals fees.

    2.  Motion For Order Under 11 U.S.C. §§ 105(A) And 366(C) (I) Prohibiting Utilities From Altering Or Discontinuing Services On Account Of Pre-Petition Invoices, And (II) Establishing Procedures To Determine Requests For Additional Assurance Of Payment Has Been Provided To Utilities. [Dkt. # 7] Debtor requests an order: (1) directing that utilities not alter, refuse or discontinue post-petition utility services on account of the Debtor's chapter 11 filing or pre-petition arrearage (if any); (2) determining that each utility has adequate assurance of payment in the form of the either (a) establishing utility deposit account, together with the prompt payment of post-petition invoices, or (b) paying undisputed prepetition and post-petition invoices; and (3) establishing procedures for determining requests for additional adequate assurance.

    3.  Motion For Order (I) Authorizing Debtor To (A) Continue To Use Existing Cash Management System, And (B) Maintain Bank Accounts And Continue Use Of Existing Business Forms And Checks; (II) Determining Compliance With, Or Granting a Waiver Of, Certain Investment And Deposit Guidelines; And (III) Granting Related Relief. [Dkt. # 9] Debtor seeks authority for the continued use of its prepetition Operating Account at

First Hawaiian Bank for the first 45 days post-petition (so long as the words "debtor in possession" are added to the account name). Debtor also seeks a waiver from Section 345 of the Bankruptcy Code to keep open its two brokerage accounts at Merrill Lynch where reserve funds are held.

4. <u>Expedited Motion For Entry Of An Order: (A) Approving The Form And Manner Of Notice Of The Commencement Of This Chapter 11 Case, (B) Approving Form Of Stipulation And Consent Agreement Authorizing Marketing And Sale Of Ownership Interest(S) By Debtor Pursuant To 11 U.S.C. § 363(H), (C) Establishing Scope Of Notice, And (D) Approving Service Of Forms And Tabulation Of Responses By Stretto</u>. [Dkt. # 10]. Debtor seeks approval for the proposed Stipulation and Consent Agreement Authorizing Marketing and Sale of Ownership Interest(s) by Debtor Pursuant to 11 U.S.C. § 363(h).

The First Day Motions, including exhibits and declarations in support thereof, may be obtained by contacting Allison Ito (aito@hibklaw.com), or inspected at the office of the Clerk of the Court during normal business hours.

DATED: Honolulu, Hawaii, December 16, 2025.

>/s/ Allison A. Ito
>CHUCK C. CHOI
>ALLISON A. ITO
>Attorneys for Debtor
>and Debtor-in-Possession