OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
ELVINA ROFAEL (CA SBA 333919)
Trial Attorney
300 Ala Moana Boulevard, Room 4108
Honolulu, Hawaii 96850
Telephone: (808) 522-8155
ustpregion15.hi.ecf@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| In re: | Case No. 25-01103 RJF |
|---|---|
| Association of Apartment Owners of Kauai Beach Villas, | (Chapter 11, Subchapter V) |
| Debtor and Debtor-in-possession. | Hearing:<br>Date: January 5, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Robert J. Faris |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE UNITED STATES TRUSTEE TO FINAL APPROVAL OF DEBTOR'S NOTICE MOTION (DKT. NO. 10)**

Tiffany L. Carroll, the Acting United States Trustee for Region 15 (the "United States Trustee"), hereby files this limited objection and reservation of rights to final approval of debtor Association of Apartment Owners of Kauai Beach Villas's ("Debtor") *Expedited Motion for Entry of an Order: (A) Approving the Form and Manner of Notice of the Commencement of this Chapter 11 Case, (B) Approving Form of Stipulation and Consent Agreement Authorizing Marketing and Sale of Ownership Interest(s) by Debtor Pursuant to 11 U.S.C. § 363(h), (C) Establishing Scope of Notice,*

1

*and (D) Approving Service of Forms and Tabulation of Responses by Stretto* (Dkt. No. 10) (the "Notice Motion"). In support of the Limited Objection, the United States Trustee respectfully represents as follows:

## I. **LIMITED OBJECTION**

1. On December 5, 2025 ("Petition Date"), the Debtor commenced the above-captioned case under Subchapter V of Chapter 11 of the Bankruptcy Code. Dkt. No. 1.

2. The United States Trustee appointed Wayne Mau as the subchapter v trustee. Dkt. No. 17.

3. On December 7, 2025, the Debtor filed the Notice Motion. Dkt. No. 10. The Debtor seeks a variety of relief in the Notice Motion. Specifically, the Debtor seeks authority to: (i) set bar dates for the filing of proofs of claim and (ii) approve the form of the notice of the chapter 11 bankruptcy case, the proof of claim form, and the member consent form to the sale of property interests. *Id*., p 2 of 44.

4. An emergency hearing on the Notice Motion was held on December 8, 2025. *See* Case Docket *generally*.

5. At the emergency hearing, the United States Trustee raised certain concerns regarding the Notice Motion, including: (i) the proposed bar date of February 14, 2026 was too short; (ii) as drafted, the Notice Motion may completely bar untimely proofs of claim; (iii) the Notice Motion should clarify the parties that have to file proofs of claim; and (iv) Subchapter V Trustee Mau should be added to the master service list.

6. Following the hearing, the Court entered an order granting the Notice Motion in part. Dkt. No. 29. In particular, the Court did not rule on the Debtor's request for approval of the member consent form or the setting of a bar date. *Id.*, p 5 of 16.

7. Through this Limited Objection, the United States Trustee renews her objections to the Notice Motion. To resolve her Limited Objection, the United States Trustee respectfully requests that the Final Order include the following language:

   a. Pursuant to Bankruptcy Rule 3003(c)(2), any Person or Entity that is required to submit a Proof of Claim but fails to do so in a timely manner shall be forever barred, estopped, and enjoined from: (a) asserting any Claim against Debtor that (i) is in an amount that exceeds the amount, if any, that is set forth in the Schedules, or (ii) is of a different nature or in a different classification, if any, that is set forth in the Schedules (any such Claim referred to as an "Unscheduled Claim"); and (b) voting upon, or receiving distributions under, any plan or plans of reorganization in the Chapter 11 Case in respect of an Unscheduled Claim, subject to applicable law that provides otherwise.[1]

   b. Any person or entity, other than government units (as defined in 11 U.S.C. 101(27)), holding a pre-petition claim against Debtor must file a proof of claim in accordance with the procedures described herein on or before March 5, 2026 (the "Bar Date"). The Bar Date applies to all persons and entities, other than government units, holding claims, including section 503(b)(9) claims, against the Debtor (whether secured, unsecured priority, or unsecured nonpriority) that arose prior to or on the Petition Date.

   c. The following entities whose claims otherwise would be subject to the Bar Date shall not be required to file proofs of claim in this chapter 11 case:

      i. Any person or entity that has already properly filed a proof of claim against Debtor with the clerk of the Court for the United States Bankruptcy Court for the District of Hawaii or with Stretto;

---

[1] This language is largely included in the proposed order attached to the Notice Motion. Dkt. No. 10, p 42 of 44. The United States Trustee's substantive addition to this language is the addition of the "subject to applicable law that provides otherwise" proviso.

3

ii. Any person or entity: (i) whose claim is listed in the Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) which does not dispute the amount or classification of its claim as set forth in the Schedules;

iii. Professionals retained pursuant to orders of this Court who assert administrative claims for payment of fees and expenses subject to the Court's approval under Sections 330, 331(a), and 503(b) of the Bankruptcy Code;

iv. Any person or entity that asserts an administrative expense claim against Debtor under Sections 503(b)(1) through (8) of the Bankruptcy Code; and

v. Any person or entity whose claim has been paid in full.

8. Subject to the comments above, the United States Trustee has no objection to the Notice Motion.

## II. CONCLUSION

9. Based on the foregoing, the United States Trustee respectfully requests that the Court (i) sustain the Limited Objection, and (ii) deny the Notice Motion. The United States Trustee reserves all her rights.

DATE: San Diego, California, December 22, 2025

          TIFFANY L. CARROLL
          ACTING UNITED STATES TRUSTEE

          By: /s/ *Elvina Rofael*
              Elvina Rofael
              Trial Attorney for the
              United States Trustee